## ORDER

## PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY, Petitioner

v.

## Joseph HOLDEN, Respondent.

Supreme Court of Pennsylvania.

Dec. 31, 2003.

## ORDER

PER CURIAM.

**AND NOW,** this 31st day of December 2003, the Petition for Allowance of Appeal is GRANTED. The order of the Superior Court is REVERSED and this matter is REMANDED to the Superior Court for review on the merits. *See State Farm Fire and Casualty Co. v. Craley,* 830 A.2d 958 (Pa.2003).

## K.B. II, K.B. and B.B., Respondents

v.

## C.B.F., Petitioner.

Supreme Court of Pennsylvania.

Jan. 2, 2004.

## ORDER

PER CURIAM.

AND NOW, this 2nd day of January 2004, the petition for allowance of appeal is hereby **GRANTED LIMITED** to the issue of:

Whether grandparents have standing to seek custody under 23 Pa.C.S. § 5313(b) absent a finding that the child is substantially at risk, or that the parent is unfit, or that the child is dependent.